IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DARRELL D. CLINTON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) CIVIL ACTION NUMBER: 12-191 |
| vs. | ) |
| | ) |
| **BAC HOME LOANS SERVICING, LP** | ) |
| | ) |
| **Defendant.** | ) |

## COMPLAINT

**NOW COME** Plaintiff, **Darrell D. Clinton**, and as his Complaint against the Defendant BAC Home Loans Servicing LP, avers as follows:

## INTRODUCTION

Plaintiff bring this action for violation of the Truth-in-Lending Act, 15 U.S.C. § 1601 et seq., ("TILA"), and its implementing Federal Reserve Board Regulation Z, 12 C.F.R. part 226. Defendant failed to provide notice of the transfer of ownership interest in Plaintiff's mortgage loan as required by 15 U.S.C. § 1641(g).

## JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction under 28 U.S.C. § 1331 (federal question), and 15 U.S.C. § 1640 (Truth in Lending Act).

2. Venue is proper here because the events giving rise to Plaintiff's cause of action occurred in this district.

## THE PARTIES

3. Plaintiff is an adult resident of Baldwin County, Alabama.

4. BAC Home Loans Servicing, LP ("BAC") is a New York corporation, with its principal place of business in California. BAC does business in the State of Alabama.

## FACTUAL ALLEGATIONS

5. On December 30, 2005, Plaintiff executed a real estate mortgage with Countrywide Home Loan in the amount of $227,500.00.

6. On November 30, 2011 beneficial interest in the Plaintiff's mortgage and note was assigned to BAC. A written Assignment identifying BAC as the assignee was executed on November 30, 2011 and recorded in the probate office of Baldwin County, Alabama on or about December 8, 2011.

7. The mortgage loan at issue was secured by the Plaintiff's principal residence.

8. The Truth-in-Lending Act, at 15 U.S.C. § 1641(g), requires notification of the borrower within 30 days of any transfer or assignment of his mortgage loan to a third party. Specifically § 1641(g) states:

> (g) **Notice of new creditor**
> (1) **In general**
> In addition to other disclosures required by this subchapter, not later than 30 days after the date on which a mortgage loan is sold or otherwise transferred or assigned to a third party, the creditor that is the new owner or assignee of the debt shall notify the borrower in writing of such transfer, including—
>
> (A) the identity, address, telephone number of the new creditor;
> (B) the date of transfer;
> (C) how to reach an agent or party having authority to act on behalf of the new creditor;
> (D) the location of the place where transfer of ownership of the debt is recorded; and
> (E) any other relevant information regarding the new creditor.
>
> (2) **Definition**

As used in this subsection, the term "mortgage loan" means any consumer credit transaction that is secured by the principal dwelling of a consumer.

15 U.S.C. § 1641(g).

9. BAC failed to provide to Plaintiff, disclosures required by TILA Section 1641(g).

## COUNT ONE

10. Plaintiff realleges the allegations above as if fully set out herein.

11. With respect to Plaintiff, BAC received by assignment a beneficial interest in his mortgage and note.

12. BAC is a "creditor" within the meaning of 15 U.S.C. § 1641(g).

13. Said mortgage secures an interest in real estate which is used by Plaintiff as his principal dwelling.

14. Upon receipt of that assignment BAC was required to notify Plaintiff in writing of such transfer, within 30 days, and make all the disclosures set out above.

15. BAC failed to notify Plaintiff at all and therefore failed to make the requisite disclosures.

WHEREFORE Plaintiff demand judgment for statutory damages, costs and attorneys' fees pursuant to 15 U.S.C. § 1640(a).

**PLAINTIFFS DEMAND TRIAL BY JURY AS TO ALL CLAIMS ASSERTED HEREIN**

_____
EARL P. UNDERWOOD, JR.
Attorneys for Plaintiff

**OF COUNSEL**
Underwood & Riemer, P.C.
21 South Section Street
Fairhope, Alabama 36532
(251) 990.5558 Telephone
(251) 990.0626 Facsimile
kjr@alaconsumerlaw.com
epunderwood@alalaw.com


**DEFENDANT TO BE SERVED BY CERTIFIED MAIL AT THE FOLLOWING ADDRESS:**

BAC Home Loan Servicing, LP
c/o The Corporation Company
2000 Interstate Park Drive
Montgomery, AL 36109